Sonja D. Kerr
Meg K. Allison
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

UNITED STATES DISTRICT COURT )
)
FOR THE STATE OF ALASKA )
)
K.J. et al., )
                              Plaintiff(s) )          Case No. A05-276CV(JKS)
)
    vs. )
)
Anchorage School District, )
)
                              Defendant(s) )          SCHEDULING AND PLANNING
                                          )          CONFERENCE REPORT

1.      **Meeting.**  In accordance with F.R.Civ.P.26(f), a meeting was held January 5,

2006 and was attended by:

For Plaintiffs:                          For Defendant:
Sonja Kerr/Meg Allison                   Bradley Owens
Disability Law Center                    Jermain, Dunnagan & Owens

The parties recommend the following:

2.      **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P.26(a)(1):

_____ have been exchanged by the parties

_X___ will be exchanged by the parties by 10 days after the scheduling

conference – Defendant's position. Plaintiffs position: The pre-discovery disclosures do

not apply in this matter, but to the extent they apply, plaintiffs suggest exchange of

disclosures within 10 days of the scheduling conference.

**K.J. et al. v. Anchorage School Dist.**                          Page 1 of 6
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002        Fax 907-565-1000
1-800-478-1234

Proposed changes to disclosure requirements: (*insert proposed changes,*

*if any)*

Preliminary witness lists:

_____ have been exchanged by the parties

__X__ no additional witnesses are expected to testify in this matter

3.    **Contested Issues of Fact and Law.**    Preliminary, the parties expect the

following issues of fact and/or law to be presented to the court at trial in this matter:

Plaintiffs' position: The amount of attorney fees and costs the prevailing party, C.S. et

al., is entitled.

Defendant position: Whether the plaintiffs are the prevailing party, and if so, the

amount of attorney fees and costs the prevailing party is entitled.

4.    **Discovery Plan.**    The parties jointly propose to the court the following

discovery plan, if the Defendants reject the proposed and included stipulation:

A.  Discovery will be needed on the following issues:

Any matter relevant to the amount of attorney fees and costs incurred in C.S. et

al. v. Anchorage School District, DEED Case No. Hr. 05-13, pursuant to 20 U.S.C. §

1415(i)(3).

B.  All discovery commenced in time to be completed by ("discovery close

date").

Joint position: The parties do not anticipate any depositions or discovery in this matter.

However, in the event that discovery is commenced:

Plaintiff position: April 1, 2006

Defendant position: May 1, 2006

**K.J. et al. v. Anchorage School Dist.**                                                Page 2 of 6
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002    Fax 907-565-1000
1-800-478-1234

C.  Limitations on Discovery.

    1.  Interrogatories-

        __X__  No change from F.R.Civ.P.33(a)

        ____  Maximum of ____ by each party to any other party.

        ____  Responses due in ____ days.

    2.  Requests for Admissions.

        __X__  No change from F.R.Civ.P.36(a).

        ____  Maximum of ____ by each party to any other party.

        ____  Responses due in ____ days.

    3.  Depositions.

        __X__  No change from F.R.Civ.P.36(a), (d).

        ____  Maximum of ____ by each party to any other party.

        ____  Responses due in ____ days.

D.  Reports from retained experts.

    __X__  Not later than 90 days before the close of discovery subject to

F.R.Civ.P.26(a)(2)(C).

    ____  Reports due:

From plaintiff (*insert date*)        From defendant (*insert date*)

E.  Supplementation of disclosures and discovery responses are to be made:

    __X__  Periodically at 60-day intervals from the entry of scheduling and

planning order.

    ____  As new information is acquired, but not later than 60 days before

the close of discovery.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234
Fax 907-565-1000

**K.J. et al. v. Anchorage School Dist.**
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**

F.    A final witness list, disclosing all lay and expert witnesses whom a party

may wish to call at trial, will be due:

_____ 45 days prior to the close of discovery

__x_ Not later than 30 days after any order that necessitates a trial in this

matter.

5.    **Pretrial Motions.**

_____ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than (*insert*

*date*)

__X__ Motions under the discovery rules must be filed not later than 45 days

prior to the close of discovery.

__X_ Motions in limine and dispositive motions must be filed not later than 30

days prior to the close of discovery.

6.    **Other Provisions:**

A. _____ The parties do not request a conference with the court before the entry

of the scheduling order.

_X___ The parties request a scheduling conference with the court on the

following issue(s):

Setting deadlines for the filing of briefs and the filing of motions and cross-motions.

B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

_____ This matter is not considered a candidate for court-annexed alternative

dispute resolution.

**K.J. et al. v. Anchorage School Dist.**                                         Page 4 of 6
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
Fax 907-565-1000
1-800-478-1234

_X___ The parties will file a request for alternative dispute resolution not

later than

Plaintiffs' position: February 15, 2006

Defendant position: February 15, 2006

_____ Mediation        _____ Early Neutral Evaluation

C.       The parties _____ do __X__ not consent to trial before a magistrate

judge.

D.       Compliance with the Disclosure Requirements of F.R.Civ.P.7.1.

_____ All parties have complied    _X___ Compliance not required by any

party

7.    **Trial.**

A.       The matter will be ready for trial:

Plaintiff position: The matter before the court is to be decided on motions and

cross motions submitted by the parties, therefore, no trial date is requested.

__X__ 45 days after the discovery close date – Defendant position.

_____ Not later than (*insert date*)

B.       This matter is expected to take __1__ days to try. – Defendant position.

C.       Jury demanded _____ yes __X__ no. – Defendant position.

Right to trial disputed? _____ yes __X__ no. – Defendant position.

Dated: January 11, 2006

Sonja D. Kerr, Bar No. 0409051
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: 907-565-1002
Fax: 907-565-1000
skerr@dlcak.org

**K.J. et al. v. Anchorage School Dist.**
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**

Page 5 of 6

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234    Fax 907-565-1000

Brad Owens, Bar No. 7610122
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: 907-563-8844
Fax: 907-563-7322
bradowens@jdolaw.com

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234          Fax 907-565-1000

**K.J. et al. v. Anchorage School Dist.**
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**