UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| K.J., by and through his parents, J.J. and B.J., <br><br> Plaintiffs, <br><br> vs. <br><br> ANCHORAGE SCHOOL DISTRICT, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:05-CV-0276-TMB <br> ) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Come now the parties, through their respective undersigned counsel, who notify the court that they have settled all claims in this matter and, therefore, request the court to dismiss this action with prejudice.

Dated: 6/1/06

*/s/ Bradley D. Owens*
Bradley D. Owens, #7610122
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage AK 99503
(907) 563-8844
(907) 563-7322 Fax
bradowens@jdolaw.com

Dated: 6/1/06

*/s/ Sonja D. Kerr*
Sonja D. Kerr, #0409051
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage AK 99503
(907) 565-1002
(907) 565-1000 Fax
skerr@dlcak.org

3227.1156 - #119403

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322